# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERTH GORDINEZ DE LEON,<br>Petitioner,<br>v.<br>TONYA ANDREWS, et al.,<br>Respondents. | Case No. 1:26-cv-07126-JLT-SAB-HC<br><br>ORDER GRANTING AMICUS MOTION TO RECONSIDER APPOINTING COUNSEL<br><br>(ECF No. 14)<br><br>ORDER DIRECTING CLERK OF COURT TO SERVE DOCUMENTS ON FEDERAL DEFENDER |

Petitioner is an immigration detainee proceeding with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241.

On September 9, 2026, the Court denied Petitioner's motion to appoint counsel without prejudice. (ECF No. 9.) On September 28, 2026, the Federal Defender filed the instant amicus motion and declaration to reconsider appointing an attorney for Petitioner. (ECF No. 14.) There currently exists no absolute right to appointment of counsel in habeas proceedings. See, e.g., Chaney v. Lewis, 801 F.2d 1191, 1196 (9th Cir. 1986); Anderson v. Heinze, 258 F.2d 479, 481 (9th Cir. 1958). However, the Criminal Justice Act authorizes the appointment of counsel at any stage of the proceeding for financially eligible persons if "the interests of justice so require." 18 U.S.C. § 3006A(a)(2)(B). To determine whether to appoint counsel, the "court must evaluate the likelihood of success on the merits as well as the ability of the petitioner to articulate his claims

pro se in light of the complexity of the legal issues involved." Weygandt v. Look, 718 F.2d 952, 954 (9th Cir. 1983).

Upon review of the amicus motion and declaration to reconsider appointing an attorney, the Court finds that the interests of justice require the appointment of counsel.

Accordingly, IT IS HEREBY ORDERED that:

1. The amicus motion to reconsider appointing counsel (ECF No. 14) is GRANTED.
2. Within **SEVEN (7) days** of the date of service of this order, the Federal Defender, as appointing authority for the Eastern District of California, SHALL:
    a. Identify counsel; and
    b. **Submit a proposed appointment order to the email box of the undersigned**.
3. Within **SEVEN (7) days** of the date of service of this order, **counsel SHALL FILE a notice of appearance in this case**.
4. The Clerk of the Court is DIRECTED to SERVE a copy of this order, via email, on the Federal Defender's Office at cae_appointments_habeas@fd.org.

IT IS SO ORDERED.

Dated: **September 30, 2026**

STANLEY A. BOONE
United States Magistrate Judge